IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

Civil Action No. 14-cv-01332-MEH

CHARLOTTE PETTIS,

      Plaintiff,

v.

VAN RU CREDIT CORPORATION, an Illinois corporation,

      Defendant.

---

## ORDER RE: NOTICE OF DISMISSAL

---

**Michael E. Hegarty, United States Magistrate Judge**.

      Before the Court is a Stipulation of Dismissal with Prejudice filed by the parties pursuant to Fed. R. Civ. P. 41(a)(1)(ii) [docket #23].  The Court finds the stipulation and terms of dismissal proper.  The Scheduling Conference set for **March 5, 2015 is vacated** and the Clerk of the Court is directed to close this case.

      Dated and entered at Denver, Colorado this 19th day of February, 2015.

              BY THE COURT:

              *Michael E. Hegarty*

              Michael E. Hegarty
              United States Magistrate Judge